# DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

September 24, 2021

Via ECF Filing          **MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Frank Liu*
Docket No. 21 Cr. 343 (SHS)

Dear Judge Stein:

I was appointed to represent Frank Liu in the above-referenced matter. I write to request that Xavier Donaldson, Esq., attorney for the co-defendant Dielong Wu, be permitted to cover for me at the initial pretrial conference in this matter scheduled for September 30, 2021 at 4:30 p.m. The reason for this request is that I presently am on trial in the EDNY before Judge Kuntz in *United States v. Elder*, 18 Cr. 92. It is not likely that the trial will be concluded by the September 30th conference.

Additionally, in these still Covid-19 times, and as Mr. Liu resides in California, is with limited means and has appointed counsel, I write also to request that Mr. Liu be allowed to appear at the conference remotely by telephone.

Thank you for the Court's consideration of these requests.

Respectfully submitted,

/s/
John F. Kaley

cc: All Counsel (via ECF Filing)

**The requests as set forth above are granted. Defendant shall dial 888-273-3658, and use access code 7004275 to join the conference.**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

Dated: New York, New York
September 23, 2021