# DOAR RIECK KALEY & MACK

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

January 3, 2022

**MEMO ENDORSED**

**Via ECF Filing**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Frank Liu*
    Docket No. 21 Cr. 343 (SHS)

Dear Judge Stein:

I have been appointed to represent Frank Liu in the above-referenced matter. I have received the Court's notice scheduling a pretrial conference in this matter for January 4, 2022, now being held at 4:30 p.m. I write to request that Mr. Liu be permitted to participate by telephone. I will be present in Court as directed if necessary.

Mr. Liu lives in California and is of limited means. It would be a heavy burden for him to travel across the country in order to attend this conference.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/
John F. Kaley

cc: All Counsel (via ECF Filing)

**Request granted.**

**Dated: New York, New York**
**January 3, 2022**

SO ORDERED:

_____
Sidney H. Stein