**DOAR RIECK KALEY & MACK**

ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

**MEMO ENDORSED**

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

May 19, 2022

**Via ECF Filing**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Frank Liu*
Docket No. 21 Cr. 343 (SHS)

Dear Judge Stein:

I have been appointed to represent Frank Liu in the above-referenced matter. There presently is a conference before the Court scheduled for May 23rd at 2:00 p.m. I write to request permission for Mr. Liu to participate in this conference via telephone. As the Court may remember from previous appearances, Mr. Liu lives in California and is a person of limited means. It would be a burden for Mr. Liu to have to New York for this appearance.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

John F. Kaley

cc: All Counsel (via ECF Filing)
Request granted.

Dated: New York, New York
May 19 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.