UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr.343(SHS)

-v-  :  CONSENT TO PROCEED BY
VIDEOCONFERENCE OR
FRANK LIU,  :  TELECONFERENCE

Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant __FRANK LIU__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence

_Frank Liu by John Kaley_                         _John F. Kaley_
Defendant's Signature (Judge may obtain           Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant
  with client consent

_Frank Liu by John Kaley_                         _John F. Kaley_
Print Defendant's Name                            Print Defense Counsel's Name
  with client consent

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_May 23, 2022_                                    _____
Date                                              Sidney H. Stein, U.S.D.J.