## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL
JOHN JACOB RIECK, JR.
JOHN F. KALEY
DAVID RIVERA
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

**MEMO ENDORSED**

October 11, 2022

**Via ECF Filing**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Frank Liu*
Docket No. 21 Cr. 343 (SHS)

Dear Judge Stein:

I was appointed to represent Frank Liu in the above-referenced matter. I write to request that Richard Rosenberg, Esq., attorney for the co-defendant Jian Wang, be permitted to cover for me at the pretrial conference in this matter scheduled for October 12, 2022 at 11:00 a.m. The reason for this request is that I have a long-standing plan to be out of town on that date and am unable to be in court.

Additionally, as Mr. Liu resides in California, is with limited means and has appointed counsel, I write also to request that Mr. Liu be allowed to appear at the conference remotely by telephone.

Thank you for the Court's consideration of these requests.

Respectfully submitted,

/s/

John F. Kaley

cc: All Counsel (via ECF Filing)

**The requests for standby counsel and for defendant to appear at the conference by telephone are granted.**

Dated: New York, New York
October 11, 2022

SO ORDERED:

Sidney H. Stein, U.S.D.J.