# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

December 7, 2022

**MEMO ENDORSED**

**Via ECF Filing**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Frank Liu*
    Docket No. 21 Cr. 343 (SHS)

Dear Judge Stein:

I have been appointed to represent Frank Liu in the above-referenced matter. There presently is a conference before the Court scheduled for December 14th at 2:30 p.m. I write to request permission for Mr. Liu to participate in this conference via telephone. As the Court may remember from previous appearances, Mr. Liu lives in California and is a person of limited means. It would be a burden for Mr. Liu to have to travel to New York for this appearance.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

John F. Kaley

Request granted.

Dated: New York, New York
December 7, 2022

cc: All Counsel (via ECF Filing)

SO ORDERED:

Sidney H. Stein, U.S.D.J.