UNITED STATES DISTRICT COURT
0SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,   :   21-Cr-343 (SHS)

    -against-   :

          ORDER

FRANK LIU,   :

        Defendant.   :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    At the request of John F. Kaley to be relieved as counsel [Doc. No. 149],

    IT IS HEREBY ORDERED that the request is granted, and Patricia A. Pileggi, the CJA attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act. Lauren DiChiara, Esq. shall continue to represent defendant as associate counsel.

Dated: New York, New York
       January 10, 2023

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.