# ArentFox
# Schiff

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

## MEMO ENDORSED

| | |
|---|---|
| 212.484.3900 | **MAIN** |
| 212.484.3990 | **FAX** |

March 12, 2026

afslaw.com

VIA ECF

**Patricia A. Pileggi**
Partner
212.745.0839     **DIRECT**
patricia.pileggi@afslaw.com

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, N.Y.

Re:    United States v. Frank Liu
       21 CR 343 (SHS)

Dear Judge Stein:

This letter is written to request that the Court order Pretrial Services in the Central District of California to return his U.S. Passport.

Mr. Liu was arrested on July 21, 2021. As one of the conditions of his release, Mr. Liu was ordered to surrender his passport to Pretrial Services in the Central District of California. Mr. Liu received a sentence of time served on February 12, 2026, and a two year term of supervised release, six months of which will be spent in a residential reentry center.

The Pretrial Services Officer in the Central District of California has informed me that she requires an order from the Court before she can return Mr. Liu's passport.

It is respectfully requested that Pretrial Services, Central District of California, be directed to return his U.S. Passport now that Mr. Liu has been sentenced.

Respectfully submitted,

ArentFox Schiff LLP

/s/ *Patricia A. Pileggi*

Patricia A. Pileggi

**Pretrial Services, Central District of California, is directed to return Mr. Liu's passport to him.**

**Dated: New York, New York
March 16, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**